**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6597

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKEY MAZIQUE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.  (CR-95-19)

Submitted:  August 25, 2005      Decided:  September 2, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Rickey Mazique, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rickey Mazique seeks to appeal from his judgment of conviction, which order was entered by the district court on April 4, 1996. Mazique's notice of appeal was filed on March 21, 2005. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, the court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect. Fed. R. App. P. 4(b)(4). The time periods established by Rule 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). We dismiss this appeal for lack of jurisdiction because we find Mazique's notice of appeal to be untimely.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]We note also that Mazique previously appealed this same judgment of conviction, and this court affirmed his conviction and sentence by opinion decided April 11, 1997.

- 2 -